IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.N., by his parents,<br>      Plaintiff, | )<br>)<br>) |
| vs. | ) Civil Action No. 06-1708 |
| PITTSBURGH CITY SCHOOL DISTRICT,<br>      Defendant. | )<br>)<br>)<br>)<br>) |

## O R D E R

AND NOW, this 25th day of January 2008, after the plaintiff, J.N., by his parents, filed an action in the above-captioned case, and after cross-motions for summary judgment were submitted by the plaintiff and the defendant, Pittsburgh City School District, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 25), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion for summary judgment submitted on behalf of Plaintiff (Docket No. 15) is denied.

IT IS FURTHER ORDERED that the motion for summary judgment submitted on behalf of Defendant (Docket No. 20) is granted.

s/ Terrence F. McVerry
United States District Judge